IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ADAN ROBA NURA, SR., | § | |
| Plaintiff, | § § § | |
| v. | § § | 2:19-CV-111-Z-BR |
| TYSON FOODS, INC., | § § | |
| Defendant. | § | |

## ORDER

On November 14, 2019, the United States Magistrate Judge entered findings and conclusions on Defendant's Motion to Dismiss. ECF No. 37. The Magistrate Judge RECOMMENDS that the Motion to Dismiss be GRANTED. Plaintiff did not file any objections. Plaintiff also failed to file an Amended Complaint after the United States Magistrate Judge entered findings and conclusions on Defendant's Motion to Dismiss and instructed Plaintiff that he may file an Amended Complaint within 14 days.

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the Magistrate Judge, the Court concludes that the findings and conclusions are correct. It is therefore ORDERED that the findings, conclusions, and recommendation of the Magistrate Judge are ADOPTED, and the Motion to Dismiss is GRANTED. As such, Plaintiff's Complaint is DISMISSED without prejudice.

**SO ORDERED.**

December 19, 2019

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE